IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JEFFERY WAYNE WANSLEY, #W0387**                                              **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 4:07-cv-46-DPJ-JCS**

**ROBERT N. BROOKS and**
**EDMUND J. PHILLIPS**                                                          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED AND ADJUDGED, this the 25th day of September 2007.

                                                                     s/Daniel P. Jordan III
                                                                      UNITED STATES DISTRICT JUDGE